# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge William J. Martínez

Civil Case No. 13-cv-1614-WJM-CBS

KARLA GRATTON

  Plaintiff,

v.

UNITED AIRLINES, INC.,

  Defendant.

## ORDER GRANTING STIPULATED MOTION FOR DISMISSAL

This matter comes before the Court on the Parties' Stipulated Motion for Dismissal with Prejudice, filed March 7, 2014 (ECF No. 30).  The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED.  The above-captioned action is hereby DISMISSED WITH PREJUDICE.  Each party shall pay her or its own attorney's fees and costs.

Dated this 7th day of March, 2014.

            BY THE COURT:

            _____
            William J. Martínez
            United States District Judge